```
COURTROOM MINUTES:   Fidencio G. Garza, Jr., Judge Presiding
                     SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

                                                    CLERK, U.S. DISTRICT COURT
                                                    SOUTHERN DISTRICT OF TEXAS
Courtroom Clerk  :   L M Villarreal                        FILED
ERO              :   Gabriel Mendieta
PSA              :   Emilio Barrera                        JUL 15 1996
DUSM             :   Roberto Cervantes & Mary Bottomly
                                                    Michael N. Milby, Clerk
```

Date               :   July 15, 1996, 2:52 pm
-----------------------------------------------------------------------
Criminal No: B-96-859M (Complaint, 31 UST 5059--Extradition Treaty)

UNITED STATES OF AMERICA                                *

        VS                                              *

**MARTHA VIDALES VAZQUEZ**
(DOB:       9/23/60--Resident Alien
Address:    220 E. Stengee, San Benito, Tx
Arrested:   7/12/96 in San Benito, Tx, by DUSMs)
-----------------------------------------------------------------------

### INITIAL APPEARANCE--COMPLAINT WARRANT

Defendant's first appearance; advised of charges and rights.

Defendant requested court-appointed counsel.

**Defendant is not bondable under the Extradition Treaty.**

Hearing set for September 17, 1996, 9:30 am.

Defendant remanded to the custody of the U.S. Marshal.