UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**FILED**
JUL 1 5 1996
Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| VS | * Cr. No. B-96-859M |
| MARTHA VIDALES VAZQUEZ | * |
| | * |

## ORDER OF COMMITMENT

The above-named defendant(s) was/were arrested upon the __Complaint__

of __AUSA John G Crws, II__ charging a violation of

__18 USC 3184__ in the Southern District

Texas on __April 17, 1992__.

**DESCRIPTION OF CHARGES:**

Fugitive from Mexico charged with having commited murder in the State of San Luis Potosi.

**DEFENDANT IS NOT BONDABLE UNDER THE EXTRADITION TREATY.**

Bail is fixed at _____

The defendant(s) is/are committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extend practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant(s) shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance connection with a court proceeding.

DATED: __July 15, 1996__

_[signature]_
United States Magistrate Judge