UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
AUG 12 1996
MICHAEL N. MILBY, Clerk
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 1 5 1996
Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| VS | * Case No. B96-859M |
| MARTHA VIDALES VAZQUEZ | * |

## ORDER APPOINTING COUNSEL

Because the above-named defendant has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent this person in the above-designated case.

If appointment is made by a Magistrate and the case subsequently proceeds to United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

DONE at Brownsville, Texas, on __July 15, 1996__.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge