COURTROOM MINUTES: **Fidencio G. Garza, Jr., Judge Presiding**
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Courtroom Clerk | : | L M Villarreal |
| ERO | : | Gabriel Mendieta |
| INTERPRETER | : | Ana Caddess |
| PSA | : | Juan Hernandez |
| DUSM | : | Mary Bottomly |

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**FILED**
SEP 17 1996
Michael N. Milby, Clerk

Date : **Sep 17, 1996, 9:34 am**

-----

Miscellaneous No: B96-16 (FGG)      *      Counsel:
(B96-859M)

IN THE MATTER OF THE EXTRADITION OF   *   John G Crews, AUSA

MARTHA VIDALES VAZQUEZ           *   Felix Recio, AFPD
A Fugitive from Mexico

-----

**EXTRADITION HEARING**

Defendant appeared with counsel.

The following Government exhibits were admitted without objection:

1.  Declaration of Kenneth Propp

1-A Affidavit of Kenneth Propp

2.  Certification of Bruce A. Beardsley

3.  Affidavit of Bruce A. Beardsley

AUSA requested that the Complaint be corrected to reflect the following changes:

Foreign Arrest Warrant issued on June 23, 1992 instead of January 23, 1992, and

Date of offense: April 27, 1991 instead of April 27, 1992.

Extraditee had no objection to said request.
**Complaint corrected.**

Extaditee requested a few days continuance. Request granted.
**HEARING CONTINUED TO SEP 25, 1996, 9:30 AM.**

Extraditee remanded to the custody of the U.S. Marshal.

Exhibit List filed.