

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**FILED**

SEP 17 1996

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION | * John G. Crews<br>* (Counsel for Government) |
| MARTHA VIDALES VAZQUEZ | * Felix Recio, AFPD<br>* (Counsel for Extraditee) |
| A Fugitive from Mexico | * |

## Misc. NO. B-96-16

Presiding Judge: Fidencio G Garza, Jr      ERO: Gabriel Mendieta
Courtroom Clerk: L M Villarreal            DATE: September 17, 1996

## DESCRIPTION OF EXHIBITS
## EXTRADITION HEARING

| Party No. | Date Offered | Marked | Admitted | Description of Exhibits & Witnesses |
|---|---|---|---|---|
| Government | 9/17/96 | 9/17/96 | 9/17/96 | No. 1:   Declaration of Kenneth Propp |
| Government | 9/17/96 | 9/17/96 | 9/17/96 | No. 1-A: Affidavit of Kenneth Propp |
| Government | 9/17/96 | 9/17/96 | 9/17/96 | No. 3:   Certification of Bruce A Beardsley |
| Government | 9/17/96 | 9/17/96 | 9/17/96 | No. 4:   Affidavit of Bruce A Beardsley |