```
COURTROOM MINUTES:    Fidencio G. Garza, Jr., Judge Presiding
                      SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

Courtroom Clerk   :   L M Villarreal
ERO               :   Gabriel Mendieta
INTERPRETER       :   Ana Caddess
PSA               :   Juan Hernandez
DUSM              :   Mary Bottomly
```

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**FILED**
SEP 25 1996
Michael N. Milby, Clerk

```
Date              :   Sep 25, 1996, 9:35 am to 10:25 am
---------------------------------------------------------------------
Miscellaneous No: B96-16 (FGG)         *    Counsel:
                  (B96-859M)

IN THE MATTER OF THE EXTRADITION OF    *    John G Crews, AUSA

MARTHA VIDALES VAZQUEZ                 *    Felix Recio, AFPD
A Fugitive from Mexico
---------------------------------------------------------------------
```

## EXTRADITION HEARING

Defendant appeared with counsel.

Presentations made.

The following Respondent's Exhibits were admitted without objection:

   1-D: Outline of history of the case

   2-D: Outline of Statements & Comparison

   3-D: Outline of Sisters' Statements & Comparison

   4-D: Outline of E.V. Vasquez & J. V. Vasquez' Statements
        & Outline of 2nd Investigation

   5-D: Outline of Sisters' Statements & Probable Cause Definition

Arguments made.

Matter taken advisement.

Extraditee remanded to the custody of the U.S. Marshal.

Exhibit List filed.