```
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
      F I L E D
      SEP 2 5 1996
   Michael N. Milby, Clerk
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN THE MATTER OF THE EXTRADITION          *   John G. Crews
                                          *   (Counsel for Government)
MARTHA VIDALES VAZQUEZ                    *
A Fugitive from Mexico                    *   Felix Recio, AFPD
                                          *   (Counsel for Respondent)

Misc. No. B-96-16

Presiding Judge: Fidencio G Garza, Jr          ERO: Gabriel Mendieta
Courtroom Clerk: L M Villarreal                DATE: September 25, 1996

## DESCRIPTION OF EXHIBITS
## EXTRADITION HEARING

| Party No. | Date Offered | Objection | Marked | Admitted | | Description of Exhibits & Witnesses |
|---|---|---|---|---|---|---|
| Respondent | 9/25 | No | 9/25 | 9/25 | 1-D: | Outline of history of case |
| Respondent | 9/25 | No | 9/25 | 9/25 | 2-D: | Outline of Statements & Comparison |
| Respondent | 9/25 | No | 9/25 | 9/25 | 3-D: | Outline of Sisters' Statements & Comparison |
| Respondent | 9/25 | No | 9/25 | 9/25 | 4-D: | Outline of E.V. Vasquez & J.V. Vasquez' Statements & outline of 2nd Investigation |
| Respondent | 9/25 | No | 9/25 | 9/25 | 5-D: | Outline of Sisters' Statements & Probable Cause Definition |