IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 3 1997

Michael N. Milby, Clerk

IN THE MATTER OF THE
EXTRADITION OF                    *
                                  *    MISC. NO. B-97-23
                                       ~~B-96-016~~
MARTHA VIDALES VASQUEZ            *


## MOTION TO STAY EXTRADITION

NOW COMES, MARTHA VIDALES VASQUEZ by and through the office of the Federal Public Defender and her assigned counsel Felix Recio and files this Motion To Stay her Extradition and as grounds therefore would show as follows;

I.

Petitioner, MARTHA VIDALES VASQUEZ was arrested in Cameron County, Texas on a warrant issued by the United States Magistrate Judge John William Black. The warrant was issued at the request of the United States Attorney in compliance with Article II of an extradition treaty between the United States and the country of Mexico.

An extradition hearing was held on September 17, 1996. On January 24, 1997, United States Magistrate Judge Fidencio Garza issued an order granting extradition.

II.

Petitioner argues that the United States Magistrate Court order granting extradition is based on evidence that is false, incomplete and not credible. Petitioner will be filing a Writ of Habeas Corpus pursuant to 28 U.S.C. 2241 within ten (10) days the

filing of this motion. Petitioner further alleges the United States Magistrate Judge had no jurisdiction to issue a final extradition order.

III.

The Court has the authority to stay the order of extradition pursuant to the All Writs Act, 28 U.S.C. 1651(a)[1] pending the filing of a Writ of Habeas Corpus pursuant to 28 U.S.C. 2241, <u>United States v. Doherty</u>, 786 F.2d 491 (2d Cir. 1986); <u>Ahmad v. Wigen</u>, 910 F.2d 1063 (2d Cir. 1990). Pursuant to the All Writs Act 28 U.S.C. 1651(a) the court is authorized to stay the execution of an order issued by another court "in aid of" this courts prospective jurisdiction. In this case, the Petitioner will file a Writ of Habeas Corpus pursuant to 28 U.S.C. 2241. This court has prospective jurisdiction of that Writ of Habeas Corpus and therefore authorized to stay the extradition.

WHEREFORE, PREMISES CONSIDERED, the Petitioner prays this court grant the Motion To Stay Execution and for such further relief as Petitioner may be entitled to receive.

---

1. The All Writs Act, 28 U.S.C. § 1651(a), authorizes federal court to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." This enactment "make[s] explicit the right to exercise powers impled from the creation of such courts." Reviser's Notes, 28 U.S.C.A. § 1651 (West 1981). The Act thus codifies a federal court's inherent equitable authority to issue stays or other writs necessary to "fill[] the interstices of federal judicial power when those gaps threaten to thwart the otherwise proper exercise of federal courts' jurisdiction." <u>Pennsylvania Bureau of Correction v. United States Marshals *37 Service</u>, 474 U.S. 34, 42 (1985). As the Court recognized in a habeas corpus context, the Act is thus intended to serve as a "legislatively approved source of procedural instruments designed to achieve the rational ends of law." <u>Harris v. Nelson</u>, 394 U.S. 286, 299 (1969)(internal quotation and citations omitted). The variety of circumstances in which the Court has both applied and approved the use of the Act illustrates the breadth of its equitable reach.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
State Bar No. 05314000


BY  /s/ Felix Recio
FELIX RECIO
Assistant Federal Public Defender
State Bar No. 16649500
Attorneys for Defendant
Post Office Box 2163
Brownsville, Texas 78522-2163
  Telephone (210) 548-2573


CERTIFICATE OF SERVICE

I hereby certify that on the  3rd  day of  February , 1997, a copy of the foregoing Motion To Stay Extradition of the Petitioner MARTHA VIDALES VASQUEZ, was served upon the United States Attorney, Southern District of Texas, by delivering a copy of same to his office located at 1036 E. Levee Street, Brownsville, Texas.


/s/ Felix Recio
FELIX RECIO
Assistant Federal Public Defender

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN THE MATTER OF THE           *
EXTRADITION OF
                               *       MISC. NO.  B-96-016

MARTHA VIDALES VASQUEZ         *

ORDER

This Court having considered the Motion To Stay Extradition, of the Petitioner, MARTHA VIDALES VASQUEZ, in the above styled and numbered cause is of the opinion that it is should be and it is hereby (GRANTED/DENIED).

SO ORDERED, this the _____ day of _____, 1997, at Brownsville, Texas.

_____
JUDGE PRESIDING