IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 0 3 1997

Michael N. Milby, Clerk

IN THE MATTER OF THE
EXTRADITION OF                          *

                                                     *    MISC. NO. B-96-016

MARTHA VIDALES VASQUEZ              *

### NOTICE OF APPEAL OF MAGISTRATE'S ORDER

on this the 3rd day of February, 1997, notice is hereby given that MARTHA VIDALES VASQUEZ, Petitioner named above, hereby appeals to the United States District Judge pursuant to Rule 58(g)(2) the judgment and recommendation of the United States Magistrate Judge imposed on January 24, 1997.

                                        Respectfully submitted,

                                        ROLAND E. DAHLIN II
                                        Federal Public Defender
                                        Southern District of Texas
                                        State Bar No. 05314000

BY _____
      FELIX RECIO
      Assistant Federal Public Defender
      State Bar No. 16649500
      Attorneys for Defendant
      Post Office Box 2163
      Brownsville, Texas 78522-2163
        Telephone (210) 548-2573

## CERTIFICATE OF SERVICE

I hereby certify that on the  3rd  day of  February , 1997, a copy of the foregoing Notice Of Appeal Of Magistrate's Order of the Petitioner MARTHA VIDALES VASQUEZ, was served upon the United States Attorney, Southern District of Texas, by delivering a copy of same to his office located at 1036 E. Levee Street, Brownsville, Texas.

FELIX RECIO
Assistant Federal Public Defender