IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 03 1997

Michael N. Milby, Clerk

IN THE MATTER OF THE
EXTRADITION OF                  *

                                *       MISC. NO. B-96-016

MARTHA VIDALES VASQUEZ          *


### MOTION TO SET ASIDE MAGISTRATE'S ORDER OF EXTRADITION FOR LACK OF JURISDICTION

NOW COMES, MARTHA VIDALES VASQUEZ by and through the office of the Federal Public Defender and her assigned counsel Felix Recio and files this Motion To Set Aside Magistrate's Order Of Extradition For Lack Of Jurisdiction and as grounds therefore would show as follows;

I.

Petitioner, MARTHA VIDALES VASQUEZ was arrested in Cameron County, Texas on a warrant issued by the United States Magistrate Judge John William Black. The warrant was issued at the request of the United States Attorney in compliance with Article II of an extradition treaty between the United States and the country of Mexico.

An extradition hearing was held on September 17, 1996. On January 24, 1997, United States Magistrate Judge Fidencio Garza issued an order granting extradition.

II.

Title 18 U.S.C. 3184 authorizes the United States District Court to exercise jurisdiction over extradition matters. A United

States Magistrate Judge may exercise jurisdiction over extradition matters when authorized by a court of the United States pursuant to 18 U.S.C. 3184.

Title 28 U.S.C. 636 sets out the jurisdiction, powers and temporary assignment of cases to United States Magistrate Judges. Pursuant to 28 U.S.C. 636(b)(3) a Magistrate may be assigned such additional duties as are not inconsistent with the Constitution and laws of the United States. Pursuant to 28 U.S.C. 636(b)(4) each district court shall establish rules pursuant to which the magistrates shall discharge their duties.

Section 635 is silent regarding extradition matters.

Within the Southern District of Texas, General Order No. 80-5, attached hereto, the Magistrate Judge is authorized to hear matters in extradition proceedings, however, the rule does not confer on the United States Magistrate Judge the power to enter a "final order".

II.

On January 24, 1997, the United States Magistrate Judge Fidencio Garza, entered a final order in the extradition of the Petitioner MARTHA VIDALES VASQUEZ when he had no authority to do so. Petitioner moves this court to set aside the "final order".

WHEREFORE, PREMISES CONSIDERED, the Petitioner MARTHA VIDALES VASQUEZ prays this court set aside the final order entered herein by the United States Magistrate Judge.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
State Bar No. 05314000

BY  /s/ Felix Recio
FELIX RECIO
Assistant Federal Public Defender
State Bar No. 16649500
Attorneys for Defendant
Post Office Box 2163
Brownsville, Texas 78522-2163
   Telephone (210) 548-2573

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February, 1997, a copy of the foregoing Motion To Set Aside Magistrate's Order Of Extradition For Lack Of Jurisdiction of the Petitioner MARTHA VIDALES VASQUEZ, was served upon the United States Attorney, Southern District of Texas, by delivering a copy of same to his office located at 1036 E. Levee Street, Brownsville, Texas.

/s/ Felix Recio
FELIX RECIO
Assistant Federal Public Defender

3

SOUTHERN DISTRICT OF TE[XAS]
FILED
JUN 1 6 1980
JESSE E. CLARK, CLERK
BY DEPUTY: E. Chur[c]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN THE MATTER OF § | |
| § | |
| JURISDICTION AND PROCEDURES FOR § | |
| § | GENERAL ORDER NO. 80-5 |
| UNITED STATES MAGISTRATES FOR § | |
| § | |
| THE SOUTHERN DISTRICT OF TEXAS § | |

O R D E R

Pursuant to the Federal Magistrates Act of 1979 and Local Rule 19, it is

ORDERED that the authority of the United States Magistrates for the Southern District of Texas, the assignment of matters to them, the procedures to be followed before the Magistrates, and the review and appeal of magistrate cases shall be in accordance with the provisions set forth in that part of this Order entitled "Practice before United States Magistrates, Southern District of Texas" including the forms attached thereto.

The Clerk will furnish certified copies of this Order to the several divisions of this court and to the Magistrates of this court. Copies will be available in the office of the Clerk.

ORDERED and ADOPTED, this 16th day of June, 1980.

JOHN V. SINGLETON, JR.
Chief Judge

WOODROW SEALS
United States District Judge

_____
CARL O. BUE, JR.
United States District Judge

_____
OWEN D. COX
United States District Judge

_____
ROBERT O'CONOR, JR.
United States District Judge

_____
ROSS N. STERLING
United States District Judge

_____
GEORGE E. CIRE
United States District Judge

_____
JAMES DE ANDA
United States District Judge

_____
NORMAN W. BLACK
United States District Judge

_____
GEORGE P. KAZEN
United States District Judge

_____
GABRIELLE K. McDONALD
United States District Judge

_____
HUGH GIBSON
United States District Judge

_____
ALLEN B. HANNAY
Senior United States District Judge