IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 7 1997

Michael N. Milby, Clerk

IN THE MATTER OF THE
EXTRADITION OF                                    *

                                                  *          MISC. NO.  B-96-016

MARTHA VIDALES VASQUEZ                            *


MOTION FOR RECONSIDERATION OF EXTRADITION ORDER IN LIGHT
OF NEWLY DISCOVERED EVIDENCE NEGATING PROBABLE CAUSE


NOW COMES, MARTHA VIDALES VASQUEZ, Petitioner, by and through her attorney of record the Federal Public Defender and files this motion for reconsideration of extradition recommendation in light of newly discovered evidence negating probable cause and as grounds thereof would show the court as follows:

Petitioner, MARTHA VIDALES VASQUEZ was arrested in Cameron County, Texas on a warrant issued by the United States Magistrate Judge John William Black.  The warrant was issued at the request of the United States Attorney in compliance with Article II of an extradition treaty between the United States and the country of Mexico.

An extradition hearing was held on September 17, 1996.  On January 24, 1997, United States Magistrate Judge Fidencio Garza issued an order granting extradition, finding that there existed probable cause that the Petitioner MARTHA VIDALES VASQUEZ caused the death of her father on April 27, 1991.

II.

Petitioner,   through   the   efforts   of   the   Federal   Public

Defender's Office has discovered new evidence that negates probable cause.

On April 27, 1991, Petitioner paid her rent to Mr. R. A. Nelson in person. Mr. Nelson issued a receipt for the payment of rent on April 27, 1991, and received such payment from the Petitioner in person. (Exhibit NDE 1). Petitioner could not be in San Luis Potosi, Mexico, and in Cameron County at the same time.

Petitioner asserts that there is no credible evidence of probable cause to support the notion that she caused the death of her father and that the government has not met its burden of proof.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays this court grant a rehearing of the extradition, that the court consider the newly discovered evidence and after such hearing deny the extradition request.

Petitioner requests an immediate hearing on this order.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
State Bar No. 05314000


BY _____
FELIX RECIO
Assistant Federal Public Defender
State Bar No. 16649500
Attorneys for Defendant
Post Office Box 2163
Brownsville, Texas 78522-2163
    Telephone (210) 548-2573

## CERTIFICATE OF SERVICE

I hereby certify that on the _7th_ day of _February_, 1997, a copy of the foregoing Motion For Reconsideration Of Extradition Order In Light Of Newly Discovered Evidence Negating Probable Cause, was served upon the United States Attorney, Southern District of Texas, by delivering a copy of same to his office located at 1036 E. Levee Street, Brownsville, Texas.

FELIX RECIO
Assistant Federal Public Defender



RECEIVED FROM

Forty four & 2/00                                    DOLLARS

Room 328    4/27-5/4

Account Total   $

Amount Paid     $    44 00

Balance Due     $

"THE EFFICIENCY LINE" AN AMPAD PRODUCT.

NO.

RECEIVED FROM

Fifty five & 00/00                                    DOLLARS

Room 337    4/27-5/4

Account Total   $

Amount Paid     $    55 00

Balance Due     $

"THE EFFICIENCY LINE" AN AMPAD PRODUCT.

DEFENDANT'S
EXHIBIT
NDE 1.

NO.

RECEIVED FROM

One Hundred Thirty five                              DO

Room 325

Account Total   $

Amount Paid     $    135

Balance Due     $

"THE EFFICIENCY LINE" AN AMPAD

NO.

RECEIVED FROM

One Hundred Twenty                                   DOLLARS

Room 321

Account Total   $

Amount Paid     $   120 00

Balance Due     $

"THE EFFICIENCY LINE" AN AMPAD PRODUCT.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN THE MATTER OF THE
EXTRADITION OF
.                                                    MISC.NO. B-96-016

MARTHA VIDALES VASQUEZ

## ORDER SETTING MOTION FOR HEARING

This Court having considered the Motion For Reconsideration Of
Extradition Order In Light Of Newly Discovered Evidence Negating
Probable Cause of the Petitioner MARTHA VIDALES VASQUEZ, in the
above styled and numbered cause, hereby sets it for a hearing on
the _____day of _____ 1997, at _____ ____.M.

Done this the _____day of February 1997 at Brownsville,
Texas.

_____
JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


IN THE MATTER OF THE
EXTRADITION OF                          *

                                        *        MISC. NO.   B-96-016

MARTHA VIDALES VASQUEZ                  *


O R D E R

    This Court having considered the Motion For Reconsideration Of

Extradition Order In Light Of Newly Discovered Evidence Negating

Probable Cause, of the Petitioner, MARTHA VIDALES VASQUEZ, in the

above styled and numbered cause is of the opinion that it is should

be and it is hereby (GRANTED/DENIED).

    SO ORDERED, this the _____ day of _____, 1997,

at Brownsville, Texas.




                              _____

                                      JUDGE PRESIDING