IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FILED

FEB 27 1997

Michael N. Milby, Clerk

IN THE MATTER OF THE
EXTRADITION OF                    *

                                  *    MISC. NO. B-97-23
                                              ~~B-96-016~~

MARTHA VIDALES VASQUEZ            *


## MOTION TO WITHDRAW DEFENSE EXHIBITS

NOW COMES, MARTHA VIDALES VASQUEZ by and through the office of the Federal Public Defender and her assigned counsel Felix Recio and files this Motion To Withdraw Defense Exhibits for use at the Extradition Hearing set for March 5, 1997 before the Honorable Filemon B. Vela.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
Texas State Bar No. 05314000

BY _____
FELIX RECIO
Assistant Federal Public Defender
Texas State Bar No. 16649500
Attorneys for Defendant
Post Office Box 2163
Brownsville, Texas 78522-2163
    Telephone (210) 548-2573

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 1997, a copy of the foregoing Motion To Withdraw Defense Exhibits of the Petitioner MARTHA VIDALES VASQUEZ, was served upon the United States Attorney, Southern District of Texas, by delivering a copy of same to his office located at 1036 E. Levee Street, Brownsville, Texas.

FELIX RECIO
Assistant Federal Public Defender