IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 7 1997

Michael N. Milby, Clerk

IN THE MATTER OF THE
EXTRADITION OF

MISC. NO.  B-96-016

MARTHA VIDALES VASQUEZ

## EX PARTE MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM

The petitioner, MARTHA VIDALES VASQUEZ, respectfully moves the
Court ex parte in accordance with Rule 17(b), Federal Rules of
Criminal Procedure, and Section 1825 of Title 28, United States
Code, to order the issuance of Subpoena Duces Tecum, without
expense to her, for the attendance of Robert Nelson, Stonewall
Jackson Hotel (Dining Room), 220 E. Stenger Street, San Benito,
Texas, Telephone (210) 399-9142, who is a material witness in the
above styled and numbered cause which has been set for an
Extradition Hearing on March 5, 1997 at 8:30 a.m. in Brownsville,
Texas.

In support of this motion, the petitioner represents that (1)
she is financially unable to pay the costs and fees of the witness,
her financial condition at the present time being the same as it
was when the Court found her eligible for appointed counsel, and
(2) the presence of this witness is necessary to an adequate
defense.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
Texas State Bar Number 05314000


By_____
FELIX RECIO
Asst. Federal Public Defender
Texas State Bar Number 16649500
Attorneys for Defendant
P.O. Box 2163
Brownsville, TX 78522-2163
     Telephone: (210) 548-2573