UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 1 1 1997

Michael N. Milby, Clerk
By Deputy:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 4 1997

Michael N. Milby, Clerk of Court

IN THE MATTER OF THE
EXTRADITION OF

                        *

                        *       MISC. NO.  B-97-23
                                               ~~B-96-016~~

MARTHA VIDALES VASQUEZ      *

O R D E R

    This Court having considered the Motion To Withdraw Defense Exhibits, of the Petitioner, MARTHA VIDALES VASQUEZ, in the above styled and numbered cause is of the opinion that it is should be and it is hereby (GRANTED/~~DENIED~~).

    SO ORDERED, this the _4th_ day of _____March_____, 1997, at Brownsville, Texas.

JUDGE PRESIDING