United States District Court
Southern District of Texas
FILED

MAR 04 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE § | |
| EXTRADITION OF § | |
| § | MISC. B-96-016 |
| § | |
| MARTHA VIDALES VASQUEZ § | |

### RECEIPT FOR WITHDRAWAL OF EXHIBITS

THIS WILL ACKNOWLEDGE RECEIPT OF THE FOLLOWING EXHIBITS:

All of respondent's exhibits admitted at the September 25, 1996 Extradition hearing. (see attached exhibit list)

DATE: 3/4/97         RECEIVED BY: _____
                                   Felix Recio, AFPD


                     ACKNOWLEDGED BY: _____
                                      Ed Leandro
                                      Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN THE MATTER OF THE EXTRADITION

MARTHA VIDALES VAZQUEZ
A Fugitive from Mexico

* * *
* John G. Crews
* (Counsel for Government)
*
* Felix Recio, AFPD
* (Counsel for Respondent)

Misc. No. B-96-16

Presiding Judge: Fidencio G Garza, Jr           ERO: Gabriel Mendieta
Courtroom Clerk: L M Villarreal                 DATE: September 25, 1996

## DESCRIPTION OF EXHIBITS
## EXTRADITION HEARING

| Party No. | Date Offered | Objection | Marked | Admitted | Description of Exhibits & Witnesses |
|---|---|---|---|---|---|
| Respondent | 9/25 | No | 9/25 | 9/25 | 1-D: Outline of history of case |
| Respondent | 9/25 | No | 9/25 | 9/25 | 2-D: Outline of Statements & Comparison |
| Respondent | 9/25 | No | 9/25 | 9/25 | 3-D: Outline of Sisters' Statements & Comparison |
| Respondent | 9/25 | No | 9/25 | 9/25 | 4-D: Outline of E.V. Vasquez & J.V. Vasquez' Statements & outline of 2nd Investigation |
| Respondent | 9/25 | No | 9/25 | 9/25 | 5-D: Outline of Sisters' Statements & Probable Cause Definition |

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
SEP 25 1996
Michael N. Milby, Clerk