UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 11 1997

Michael N. Milby, Clerk
By Deputy:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 4 1997

Michael N. Milby, Clerk

IN THE MATTER OF THE
EXTRADITION OF

MARTHA VIDALES VASQUEZ

MISC. NO. B-97-23
~~B-96-016~~

### ORDER FOR ISSUANCE OF SUBPOENA DUCES TECUM

The petitioner, MARTHA VIDALES VASQUEZ, having applied <u>ex parte</u> pursuant to Rule 17(b), Federal Rules of Criminal Procedure, for the issuance of witness subpoena without expense to her, and having made satisfactory showing that she is financially unable to pay the fees of the witness and that the presence of the witness is necessary to an adequate defense of this case in that she is a material witnesses for the defense.

IT IS ORDERED that subpoena duces tecum for Robert Nelson, Stonewall Jackson Hotel (Dining Room), 220 E. Stenger Street, San Benito, Texas 78586, Telephone (210) 399-9142, to attend the Extradition Hearing on March 5, 1997 at 8:30 A.M., be issued and that the costs incurred by the process and the fees of the witness shall be paid in the same manner in which similar costs and fees are paid in the case of a witness subpoenaed in behalf of the government.

DONE at Brownsville, Texas, this 4TH day of MARCH, 1997.

JUDGE PRESIDING