**COURTROOM MINUTES**

United States District Court
Southern District of Texas
FILED

MAR 0 5 1997

Michael N. Milby, Clerk

HONORABLE <u>FILEMON B. VELA</u> JUDGE PRESIDING

COURTROOM CLERK <u>Ed Leandro</u>

COURT REPORTER/ERO <u>Bill Holloway</u>

U.S. PROBATION <u>Linda Marin</u>

U.S. PRETRIAL <u>Emilio Barrera</u>

LAW CLERK <u>Ignacio Torteya</u>

U.S. MARSHAL <u>Sylvia Rodriguez</u>

DATE: <u>March 5, 1997</u>   TIME: <u>1:30 P.M.</u>

*************************************************************

MISC. NO. <u>B-96-016</u>

UNITED STATES OF AMERICA                JOHN G. CREWS

VS.

MARTHA VIDALES VASQUEZ                  FELIX RECIO

*************************************************************

EXTRADITION HEARING

Respondent present for hearing. Counsel have no additional evidence to offer. Court denies extradition.