UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 1 1 1997

Michael N. Milby, Clerk
By Deputy:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAR 0 6 1997

Michael N. Milby, Clerk

IN THE MATTER OF THE
EXTRADITION OF                          *

                                        *          97-023
                                                 ~~MISC.~~ NO. ~~B-96-016~~

MARTHA VIDALES VASQUEZ                  *

O R D E R

This Court having considered the Motion To Set Aside Magistrate's Order Of Extradition For Lack Of Jurisdiction, of the Petitioner, MARTHA VIDALES VASQUEZ, in the above styled and numbered cause is of the opinion that it is should be and it is hereby (GRANTED/~~DENIED~~).

SO ORDERED, this the 6th day of March, 1997, at Brownsville, Texas.

JUDGE PRESIDING