UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 1 1 1997

Michael N. Milby, Clerk
By Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 6 1997

Michael N. Milby, Clerk

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF <br><br> MARTHA VIDALES VASQUEZ | § <br> § <br> § <br> § CIVIL ACTION NO. B-97-023 <br> § <br> § |

### ORDER OF DISMISSAL

Pursuant to the Order signed on March 6, 1997, this case is DISMISSED.

**SO ORDERED.**

DONE at Brownsville, Texas this 6th day of March, 1997.

FILEMON B. VELA
United States District Judge