| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE 3/4/97 | PLACE | USMS Brownsville |
| SERVED | DATE 3/4/97 | PLACE | 220 E. Stenger, San Benito |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Robert Nelson | ☐ YES  ☒ NO   AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Eduardo E. Garcia | DUSM |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  3/4/97
            Date

Signature of Server

Address of Server: 1001 E. Elizabeth #305, Brownsville, TX 78520

### ADDITIONAL INFORMATION

Served @ 5:30 PM.
Assisted By DUSM Steven Venglar

AO 89 (Rev. 11/91) Subpoena ~ Crim~~i~~ Case

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

IN THE MATTER OF THE
EXTRADITION OF

v.

MARTHA VIDALES VASQUEZ

SUBPOENA IN A
CIVIL ~~CRIMINAL~~ CASE

~~MISC.~~ B-97-23
CASE NUMBER: ~~B-96-016~~

TO: ROBERT NELSON
Stonewall Jackson Hotel
(Dining Room)
220 E. Stenger Street
San Benito, TX.
Telephone (210) 399-9142

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. DISTRICT COURT<br>FEDERAL BUILDING<br>500 E. 10TH & ELIZABETH STREETS<br>BROWNSVILLE, TX. | HON. FILEMON B. VELA<br>(SECOND FLOOR) |
| | DATE AND TIME |
| | MARCH 5, 1997<br>~~8:30 A.M.~~ 1:30 pm |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Michael N. Milby, Clerk | |
| (By) Deputy Clerk<br>Ed Leandro | 3-4-97 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: FELIX RECIO, Asst. Federal Public Defender
700 E. Levee Street, Suite 202
Brownsville, TX. 78520
Telephone (210) 548-2573